IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        Plaintiff,                    No. CIV S-08-2443 EFB P

     vs.

SUSAN HUBBARD, et al.,

        Defendants.         ORDER
_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff submitted the required trust account statement, but failed to complete the first page of his affidavit requesting leave to proceed *in forma pauperis*.

////

1       Accordingly, plaintiff has 30 days from the date this order is served to file a completed
2 affidavit requesting leave to proceed *in forma pauperis*. The Clerk of the Court is directed to
3 mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply
4 with this order may result in this action being dismissed.
5       So ordered.
6 Dated: March 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE