IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

      Plaintiff,                        No. CIV S-08-2443 EFB P

     vs.

SUSAN HUBBARD, et al.,

                               ORDER

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On March 19, 2009, the court found that plaintiff failed to submit a complete application to proceed *in forma pauperis*. Accordingly, the court ordered plaintiff to file a completed *in forma pauperis* affidavit. The order gave plaintiff 30 days to file the required application and warned him that failure to do so may result in this action being dismissed.

////

////

1

1       The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis*
2 affidavit or otherwise responded to the court's order.
3       Accordingly, this action is dismissed without prejudice.
4 Dated: May 26, 2009.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE